1  Jorge A. Ramirez
2  Nevada Bar No.: 6787
   Mark C. Severino
3  Nevada Bar No. 14117
   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER**
4  300 South Fourth Street, 11th Floor
   Las Vegas, NV 89101
5  702-727-1400; Fax: 702-727-1401
6  jorge.ramirez@wilsonelser.com
   mark.severino@wilsonelser.com
7  Attorneys for Defendant
   **COSTCO WHOLESALE CORPORATION**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA HAMILTON, individually, and as the natural parent and guardian of HAZEL HAMILTON, a minor, | CASE NO.: 2:17-cv-02205-JAD-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| COSTCO WHOLESALE CORPORATION; ROE VENDOR, DOES 1 through 10 inclusive, and ROE CORPORATIONS 1 through 10, inclusive. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Jessica Hamilton, individually and as the natural parent and guardian of Hazel Hamilton, and defendant, Costco Wholesale Corporation, by and through by and through their undersigned counsel, that plaintiffs' complaint against defendant Costco Wholesale Corporation and all causes of action contained therein, be dismissed as described below:

1) Plaintiff, JESSICA HAMILTON's, individual claims are hereby dismissed WITH PREJUDICE;

1285634v.1

2) Minor Plaintiff, HAZEL HAMILTON's, claims are hereby dismissed WITHOUT PREJUDICE;

3) The only potential claims surviving this dismissal are Minor Plaintiff, HAZEL HAMILTON's, individual claims; her claims shall survive until the applicable statute of limitation runs.

4) All other claims or potential claims arising out of the Plaintiffs' incident (which is described in her Complaint filed in this case) are hereby dismissed WITH PREJUDICE.

5) All parties shall to bear their own fees and costs.

DATED this 2nd day of May, 2018.

**GANZ & HAUF**

*/s/ CARA XIDIS*
Kurt Anderson
Nevada Bar No.: 93
Cara Xidis
Nevada Bar No.: 11743
8950 W. Tropicana Ave, Suite 1
Las Vegas, NV 89147
Attorneys for Plaintiffs

DATED this 2nd day of May, 2018.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ JORGE A. RAMIREZ*
Jorge A. Ramirez
Nevada Bar No.: 6787
Mark C. Severino
Nevada Bar No. 14117
300 South 4th Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

1285634v.1

# ORDER

Based upon the above stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that:

1) Plaintiffs' Complaint against Costco Wholesale Corp., CASE NO.: 2:17-cv-02205-JAD-CWH is DISMISSED.

2) Plaintiff, JESSICA HAMILTON's, individual claims are hereby dismissed <u>WITH PREJUDICE</u>;

3) Minor Plaintiff, HAZEL HAMILTON's, claims are hereby dismissed <u>WITHOUT PREJUDICE</u>;

4) The only potential claims surviving this dismissal are Minor Plaintiff, HAZEL HAMILTON's, individual claims; her claims shall survive until the applicable statute of limitation runs.

5) All other claims or potential claims arising out of the Plaintiffs' incident (which is described in her Complaint filed in this case) are hereby dismissed WITH PREJUDICE.

6) All parties must bear their own fees and costs

7) The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: 5/2/2018

Submitted by:

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**

By: */s/ JORGE A. RAMIREZ*
Jorge A. Ramirez
Nevada Bar No.: 6787
Mark C. Severino
Nevada Bar No. 14117
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

1285634v.1